IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| ALICIA VALDEZ-SANDOVAL, | |
| Plaintiff, | Civil Action No. 2:19-cv-02802-MSN-TMP |
| vs. | |
| CAREER EDUCATION CORPORATION, d/b/a AMERICAN INTERCONTINENTAL UNIVERSITY, | |
| Defendant. | |

## NOTICE OF SETTLEMENT

Pursuant to Local Rule 83.13, Defendant Career Education Corporation, now known as Perdoceo Education Corporation, respectfully gives notice that the parties have agreed to terms of settlement of the matter before this Court and are in the process of finalizing and documenting the settlement agreement. Counsel for Defendant has conferred with the *pro se* Plaintiff via email and she consents to the filing of this Notice of Settlement. Upon entering into the final settlement agreement, the Parties will file with the Court a Stipulation of Dismissal.

In the interim, the Parties jointly request that the Court suspend all pending deadlines.

DATED this 9th day of March, 2020.

Respectfully submitted,

s/ Jonathan E Nelson
Jonathan E. Nelson (B.P.R. #28029)
BASS, BERRY & SIMS PLC
100 Peabody Place, Suite 1300
Memphis, Tennessee  38103-3672
Telephone:     (901) 543-5900
Email:          jenelson@bassberry.com

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 9th, 2020, the foregoing was filed electronically and served on all parties by the Court's CM/ECF system, which is expected to serve all counsel of record, and via U.S. Mail to

Alicia Valdez-Sandoval
109 N. Main St., #602
Memphis, TN 38103

*Pro Se Plaintiff*

s/ Jonathan E. Nelson
Jonathan E. Nelson